# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CORNELIUS BRYANT, JR.,

**JUDGMENT IN A CRIMINAL CASE**

(For Revocation of Probation or Supervised Release)

Case Number:8:00-cr-421-T-26MAP
USM Number:39406-018

___Jeffrey Brown  (CJA)_____
Defendant's Attorney

## THE DEFENDANT:

_____ admitted guilt to violation of charge number(s)_____ of the term of supervision.

___X____ was found in violation of charge number(s)___One____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Bank Robbery | June 23, 2008 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

___March 20, 2009___
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

___3/20/09___
Date

| | | |
|---|---|---|
| Defendant: | Cornelius Bryant, Jr., | Judgment - Page 2 of 2 |
| Case No.: | 8:00-cr-421-T-26MAP | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY FOUR (24) MONTHS** as to Violation One of the Petition of Violation of Supervised Release to run Consecutive to the Imprisonment imposed in case 8:08-cr-317-T-26MAP.

   X    The Court makes the following recommendations to the Bureau of Prisons: Louisville or Allentown, Pennsylvania.

   X    The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

   \_\_\_\_ at _____ a.m.    p.m.    on _____.

_____ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   \_\_\_\_ before 2 p.m. on _____.

   \_\_\_\_ as notified by the United States Marshal.

   \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By_____

DEPUTY UNITED STATES MARSHAL